## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MAPLE HOUSE RECORDS, LLC, | ) |
| | ) CASE NO. 1:22-cv-02205 |
| Plaintiff, | ) |
| | ) JUDGE J. PHILIP CALABRESE |
| v. | ) |
| | ) MAG. JUDGE JENNIFER ARMSTRONG |
| ELEVATION FESTIVALS LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

Defendant-Counterclaimant Elevation Festivals LLC hereby gives notice of the filing of its' First Amended Answer and First Amended Counterclaim, attached hereto as Exhibit A, by right and in accordance with Civ. R. 15(A). Pursuant to the Court's Civil Standing Order, Defendant-Counterclaimant is also attaching a redlined copy of the First Amended Answer and First Amended Counterclaim as Exhibit B. Plaintiff's Counsel has not been consulted with respect to this filing.

Respectfully submitted,

/s/ Christina C. Spallina
Robert J. Dubyak (0059869)
Christina C. Spallina (0088548)
**DUBYAK NELSON, LLC**
6105 Parkland Blvd, Suite 230
Mayfield Heights, OH 44124
PH: 216-364-0500 | FX: 216-364-0505
Email: rdubyak@dubyaknelson.com
cspallina@dubyaknelson.com

*Attorneys for Defendant Elevation Festivals LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, a copy of the foregoing *NOTICE OF FILING* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christina C. Spallina
Christina C. Spallina (0088548)

*Attorneys for Defendant Elevation Festivals LLC*