### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MAPLE HOUSE RECORDS, LLC, | ) |
| Plaintiff, | ) CASE NO. 1:22-cv-02205 ) |
| v. | ) JUDGE J. PHILIP CALABRESE ) |
| ELEVATION FESTIVALS LLC, | ) MAG. JUDGE JENNIFER ARMSTRONG ) |
| Defendant. | ) |

## RULE 41(a)(1)(A) STIPULATION OF DISMISSAL OF ENTIRE CASE

AND NOW COME Plaintiff, Maple House Records, LLC, and Defendant, Elevation Festivals LLC, by and through their undersigned counsel and submit this Rule 41(a)(1)(A) dismissal, with prejudice, of the entire case, including the counterclaims asserted by Defendant.

Dated: February 6, 2023                                       Respectfully submitted:

/s/ Jeremy A. Mercer                                            /s/ Christina C. Spallina (per email consent)
Jeremy A. Mercer, Esq. (OH 0091871)            Robert J. Dubyak, Esq. (OH 0059869)
   jmercer@porterwright.com                              rdubyak@dubyaknelson.com
Porter Wright Morris & Arthur LLP                  Christina C. Spallina, Esq. (OH 0088548)
6 PPG Place, Third Floor                                      cspallina@dubyaknelson.com
Pittsburgh, Pennsylvania 15222                       Dubyak Nelson, LLC
Tel:    412-235-4500                                           6105 Parkland Boulevard, Suite 230
Fax:    412-235-4510                                          Cleveland, Ohio 44124
                                                                              Tel:    216-364-0500
and                                                                       Fax:    216-364-0505

McDaniel M. Kelly, Esq. (OH 0097628)         *Counsel for Defendant, Elevation Festivals*
   mkelly@porterwright.com                           *LLC*
Porter Wright Morris & Arthur LLP
950 Main Avenue
Suite 500
Cleveland, Ohio 44113
Tel:    216-443-9000
Fax:    216-443-9011

*Counsel for Plaintiff, Maple House Records, LLC*

22008822v1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on February 6, 2023, I caused a true and correct copy of the foregoing **RULE 41(a)(1)(A) STIPULATION OF DISMISSAL OF ENTIRE CASE** to be filed with the Court using the CM/ECF system, which will send service of same to those registered to receive it, including:

Robert J. Dubyak, Esq.
rdubyak@dubyaknelson.com
Christina C. Spallina, Esq.
cspallina@dubyaknelson.com
Dubyak Nelson, LLC
6105 Parkland Boulevard, Suite 230
Cleveland, Ohio 44124

Respectfully submitted:

*/s/Jeremy A. Mercer*
Jeremy A. Mercer, Esq. (OH 0091871)
   jmercer@porterwright.com
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, Pennsylvania 15222
Tel:    412-235-4500
Fax:   412-235-4510

*Counsel for Plaintiff, Maple House Records, LLC*

22008822v1